# Robert W. Sadowski PLLC

800 Third Avenue, 28th Floor
New York, New York 10022
Phone: 646-503-5341

Fax: 646-5
rsadowski@

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

**MEMO ENDORSED**

*Via ECF*

Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY

> Application GRANTED. On consent of both parties, the discovery conference scheduled for November 21, 2019 is ADJOURNED to **December 9, 2019 at 11:00 a.m.**, in Courtroom 20A. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> November 19, 2019

Re: *Giurca v. Montefiore Health System, Inc. et al*
1:18-cv-11505-DAB-BCM

Dear Magistrate Judge Moses:

     We represent the plaintiff in the above-referenced action. The Court has scheduled a conference for 11:00 a.m. on Thursday November 21, 2019, to discuss the discovery dispute brought to the Court's attention on October 18, and 21, 2019. I am currently scheduled to travel to Syracuse, New York on Tuesday November 19 to conduct depositions in another matter through Friday, November 22, 2019. In light of my absence from the district during the scheduled conference, I respectfully request that the Court adjourn the conference to any day the week beginning December 2, 2019, at the Court's convenience.

     Respectfully submitted,

     s/Robert W. Sadowski
     Robert W. Sadowski