# Robert W. Sadowski PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2019

800 Third Avenue, 28th Floor
New York, New York 10022
Phone: 646-503-5341

**MEMO ENDORSED**

Via ECF                                          November 18, 2019

Hon. Barbara C. Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY

> Application GRANTED. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> November 19, 2019

        Re: *Giurca v. Montefiore Health System, Inc. et al*
            1:18-cv-11505-DAB-BCM

Dear Magistrate Judge Moses:

      We represent the plaintiff in the above-referenced action. The Court has scheduled a conference for 11:00 a.m. on Thursday November 21, 2019, to discuss the discovery dispute brought to the Court's attention on October 18, and 21, 2019. In addition, the Court has directed the parties to submit by November 19, 2019, supplemental briefing of no more than three pages. Due to the press of business, we respectfully request a one week adjournment of the submission of supplemental briefing. Today, at Dr. Giurca's second day of deposition, I conferred with defense counsel, who consent to this request.

                                        Respectfully submitted,

                                        s/Robert W. Sadowski
                                        Robert W. Sadowski