UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAN GIURCA,

    Plaintiff,

-against-

MONTEFIORE HEALTH SYSTEM, INC., et al.,

    Defendants.

18-CV-11505 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter dated February 4, 2020 (Dkt. No. 59), plaintiff's letter-motion dated February 6, 2020 (Dkt. No. 62), and defendants' response dated February 6, 2020 (Dkt. No. 63).

It is hereby **ORDERED** that Judge Moses will hold a discovery conference on **February 27, 2020, at 11:00 a.m.**, in Courtroom 20A.

It is further **ORDERED** that, no later than **February 24, 2020**, the parties shall submit a joint letter that concisely summarizes each party's view on the two remaining issues, with specific focus on the relevance, burden, and proportionality of the requested discovery. Argument portions of the letter shall be limited to two pages each.

Dated: New York, New York
      February 13, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**