# Robert W. Sadowski

800 Third Avenue, 28th Floor
New York, New York 10022
Phone: 646-503-5341

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2020**

**MEMO ENDORSED**

*Via ECF*

February 14, 2020

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: *Dr. Dan Giurca v. Montefiore Health System et al.,* 1:18-cv-11505(DAB) (BCM)

Dear Magistrate Judge Moses:

    We represent the Plaintiff Dr. Dan Giurca in the above-referenced action, which is currently scheduled for Rule 37.2 conference on February 27, 2020 at 11:00 a.m. (Doc. 64). We are requesting a brief adjournment of the conference and a corresponding extension of the time for the parties' submission of a joint letter. This is the first request for an adjournment, and counsel for defendants have graciously agreed to an adjournment of the conference. The reason for the request for an adjournment is that I am scheduled to be in Washington, D.C., at a False Claims Act conference sponsored by the American Bar Association on February 27 & 28, 2020.

                  Respectfully submitted,

                  s/Robert W. Sadowski

                  Robert W. Sadowski

---

Application GRANTED. The discovery conference scheduled for February 27, 2020, is ADJOURNED to **March 4, 2020, at 11:00 a.m.**, in Courtroom 20A. The parties' joint letter (*see* Dkt. No. 64) is due no later than **March 2, 2020**.
SO ORDERED.

_____
Barbara Moses, U.S.M.J.
February 14, 2020