# Robert W. Sadowski PLLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2020

800 Third Avenue, 28th Floor  
New York, New York 10022  
Phone: 646-503-5341

Fax: 646-503-5348  
rsadowski@robertwsadowski.com

*Via ECF*

August 4, 2020

Hon. Barbara C. Moses  
United States Magistrate Judge  
United States Courthouse  
500 Pearl Street  
New York, NY

> Application GRANTED. SO ORDERED.
>
> _____  
> Barbara Moses, U.S.M.J.  
> August 4, 2020

**MEMO ENDORSED**

Re:  *Giurca v. Montefiore Health System, Inc. et al.*,  
1:18-cv-11505 (ER)(BCM)

Dear Magistrate Judge Moses:

We represent the Plaintiff Dr. Dan Giurca in the above-referenced case. Pursuant to Your Honor's Order (Doc. 90), we are scheduled to submit a sworn statement tomorrow August 5, 2020. My Office Manager, who is searching my e-mail archives for information needed to complete my sworn statement, has lost electricity due to several fallen trees in her neighborhood. Accordingly, we respectfully request a one-day extension, until August 6, 2020, to submit my sworn statement.

Respectfully submitted,

s/Robert W. Sadowski  
Robert W. Sadowski