UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. DAN GIURCA,

               Plaintiff,

– against –

MONTEFIORE HEALTH SYSTEM, INC., M.D. JEFFREY WEISS, M.D. CLAUS VON SCHORN, *and* M.D. GARY ISHKANIAN,

               Defendants.

**ORDER**

18 Civ. 11505 (ER)

Ramos, D.J.:

      On September 15, 2020, the Court received a letter via email from the plaintiff in this matter, Dan Giurca, alleging misconduct on the part of defense counsel and negligence on the part of his own attorney. For the same reasons articulated by Judge Moses in her Order of September 9, 2020, Doc. 101, any application contained within the letter is DENIED for lack of jurisdiction. Dr. Giurca's letter will not be filed. It will be forwarded to his counsel of record.

It is SO ORDERED.

Dated:    September 15, 2020
             New York, New York

                                                                   Edgardo Ramos, U.S.D.J.