# METH LAW OFFICES, PC
Post Office Box 560, 10 Moffatt Lane, Suite 2, Chester, New York 10918

Tel 845-469-9529      Fax 845-913-9565

May 3, 2021

*Via Electronic Filing*

Hon. Edgardo Ramos, USDJ
United States District Court
Southern District of New York

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/21
```

RE: Dr. Dan Giurca v. Montefiore Health System, Inc., Jeffrey Weiss, M.D., Claus Von Schorn M.D., and Gary Ishkanian, M.D.

Civil Case No.: 1:18-cv-11505-ER-BCM

Dear Judge Ramos:

After more than 60 minutes of trying to upload Exhibits 1-72 and being faced with an error message which I have enclosed hereto, I have uploaded the Notice of Motion, Affidavit in Support and Memorandum of Law in Support. I will continue to try and resolve this issue tonight and tomorrow morning with the ECF support hotline and will get them uploaded as soon as possible.

I have emailed opposing counsel a copy of the motion with exhibits 1-72 simultaneously with this upload. It is respectfully requested that the Court grant permission to upload the exhibits until tomorrow.

Respectfully submitted,

Michael D. Meth

MDM/nr
cc: *Joshua Wyatt, Esq.*
    *Dr. Dan Giurca*
Enclosures

Application GRANTED. Plaintiff shall file Exhibits to Dkt. No. 116 no later than **May 4, 2021.** SO ORDERED.

Barbara Moses U.S.M.J.
May 4, 2021

Page 1 of 1