# METH LAW OFFICES, PC
POST OFFICE BOX 560, 10 MOFFATT LANE, SUITE 2, CHESTER, NEW YORK 10918

Tel 845-469-9529                                                                              Fax 845-913-9565

# MEMO ENDORSED

June 11, 2021

*Via Electronic Filing*
Hon. Barbara Moses, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NYT 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/14/21
```

      RE:   Giurca v. Montefiore Health System, et al.
              Case No.: 1:18-cv-11505-ER-BCM

Dear Magistrate Judge Moses:

      Pursuant to the Court's Order dated April 6, 2021 and in accordance with the Court's "safe harbor" provision, Plaintiff respectfully requests permission to withdraw his motion. Kindly advise if any further action and/or compliance is required by Plaintiff.

                                          Respectfully submitted,

                                          Michael D. Meth

MDM/ch
cc:   *Lawrence Peikes, Esq.*
       *Dr. Dan Giurca*

> Application GRANTED. Plaintiff's motion to vacate its stipulation of voluntary dismissal is hereby withdrawn. The Clerk of Court is respectfully directed to close Dkt. Nos. 116 and 119. SO ORDERED.
>
> *[signature]*
>
> Barbara Moses
> United States Magistrate Judge
> June 14, 2021

Page 1 of 1