# METH LAW OFFICES, PC

POST OFFICE BOX 560, 10 MOFFATT LANE, SUITE 2, CHESTER, NEW YORK 10918

**Tel 845-469-9529**                                                           **Fax 845-913-9565**

June 28, 2021

***Via Electronic Filing***
Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>        RE:    Giurca v. Montefiore Health System, et al.
>               Case No.: 1:18-cv-11505-ER-BCM

Dear Magistrate Judge Moses:

I am counsel for the Plaintiff, Dr. Dan Giurca with regard to the above referenced matter. We oppose the motion to seal the record in this case. As was inquired by the Court during our phone conference, Dr. Giurca has other litigation proceeding against Orange Regional Medical Center in Orange County Supreme Court. In that case against Orange Regional Medical Center, discovery was produced on June 15, 2021 which includes emails between Orange Regional Medical Center employees that reference their communications with Montefiore Security about the Plaintiff circa January 2018. The attached emails clearly show that Montefiore told ORMC that the Plaintiff was a security threat because he was threatening to expose how Montefiore treats psychiatric patients and threatening to call DOH. The communication between Montefiore and ORMC includes the security posting 2017-008 of the Plaintiff by Montefiore.

This new evidence that was produced in the ORMC case, clearly shows that the Montefiore Defendants lied to this Court on the record about these issues, and that the Defendants in this case should have produced the communications when it was requested from them, and that the Defendants and their attorneys committed perjury by saying these communications didn't exist and that they didn't know about them. The Defendants' attorneys knew or should have known that these communications existed and should have produced them.

The email included herein is written by Rosemary Baczewski, Chief Clinical Officer, Greater Hudson Valley Health System, Bates page ORMC_001083 and names "Miguel Rodrigues" as the person who contacted Montefiore's head of security to confirm the information about the Plaintiff which was sent to Cesar Rojas.

Montefiore never produced any record of that communication, they denied that they ever communicated with anyone about the security posting, they denied that they terminated his privileges because of retaliation, and they denied even knowing that he was a whistleblower. This email contradicts all of those positions.

Plaintiff has a motion to compel pending in the ORMC case. This new evidence was released on June 15, 2021. Plaintiff expects more information to be disclosed from ORMC on this issue.

000002

Plaintiff objects to sealing the record because of these issues. Plaintiff has attached to this letter a list of specific transcript quotes by Dr. Rojas and Dr. Vieux which can be considered perjurious based on the new evidence received recently from ORMC, as a result of the motion to compel in that case. This information was not disclosed by ORMC with their initial production. It was not produced until the safe harbor period ran out on the rule 60(b)(3) motion in the Montefiore case, and it was produced as a result of a motion to compel in the ORMC case. Plaintiff respectfully alleges that it was done in concert.

As this is newly discovered evidence, which was in the sole control of the Defendants until it was produced by a different third party in a different lawsuit, Plaintiff respectfully requests permission to file a rule 60(b)(2) motion.

Thank you.

Respectfully submitted,

Michael Meth

Michael D. Meth

MDM/nr
*cc:    Dr. Dan Giurca*
*Enclosure*

Message

| | |
|---|---|
| **From:** | Baczewski, Rosemary A. [rbaczewski@ghvhs.org] |
| **Sent:** | 1/11/2018 8:06:37 PM |
| **To:** | Galarneau, Gerard MD [ggalarneau@ghvhs.org]; Dunlavey, Jerry [jdunlavey@ghvhs.org]; Oxley, James E. [JOxley@ghvhs.org]; ███████████████ ; ████████████████ ; Sturans, Joanne [jsturans@ghvhs.org] |
| **CC:** | Rojas, Cesar [Crojas@ghvhs.org]; Rodrigues, Miguel [mrodrigues@ghvhs.org]; Sugrue, Stephen [ssugrue@ghvhs.org] |
| **Subject:** | Action Required Dr Dan Giurca |

Good evening,

Per our various conversations today, Miguel contacted Montefiore's head of security to confirm the information in the picture Dr Rojas was sent- see attached.

The information in the picture is accurate. The doctor wrote a letter threatening to expose the way the hospital treats their psych patients and working conditions. They didn't renew his 90 day contract and only let security know as a term employee.

I hand off to practice leaders as there are many questions to be answered.

Ty Dr Rojas for advising me and thanks to Miguel for following up with Montefiore.

CONFIDENTIAL

# Montefiore Medical Center
# SECURITY ALERT
# Terminated Associate



## Name: Dr. Dan Giurca

## Department of Psychiatry
## Montefiore New Rochelle & Montefiore Mt. Vernon

*Dr. Dan Guirca is not allowed on any Montefiore property unless he is seeking medical care.*

...e individual is observed at any Montefiore facility, please call the Security Department at x 22.22 and in addition ...se notify Lonnie Trotta, Director of Security (LTrotta@Montefiore.org), Stan James, Assistant Director of Security ...mes@Montefiore.org) immediately.

...ternal distribution only.

CONFIDENTIAL

ORMC_001084

Chief Clinical Officer
Greater Hudson Valley Health System
707 East Main Street
Middletown, N

CONFIDENTIAL

Message
_____

| | |
|---|---|
| **From:** | rbaczewski@ghvhs.org [rbaczewski@ghvhs.org] |
| **Sent:** | 1/29/2018 11:06:12 AM |
| **To:** | Crojas@ghvhs.org; ggalarneau@ghvhs.org; JOxley@ghvhs.org |
| **CC:** | inowosielski@ghvhs.org; nfamby@ghvhs.org; jdunlavey@ghvhs.org; mrodrigues@ghvhs.org |
| **Subject:** | RE: disruptive behavior ▮▮▮▮▮▮ |

As we understand it, He was dismissed for threatening to call DOH to complain about the quality of patient care.

_____

**From:** Rojas, Cesar
**Sent:** Monday, January 29, 2018 10:38 AM
**To:** Galarneau, Gerard MD
**Cc:** Nowosielski, Izabela; Famby, Nancy; Dunlavey, Jerry; Baczewski, Rosemary A.
**Subject:** RE: disruptive behavior / ▮▮▮▮▮▮

I agree with you.
He is going out of control.
I don't know if you are aware of a flyer from Montefiore where he is prohibited to came to any Montefiore location.
I tried to find the reason. I reached Rosemary Baczewski, we tried to get more info but still not having any.

I really need to talk to you and Izabela. I think he is a negative influence in our department.

Cesar

_____

**From:** Galarneau, Gerard MD
**Sent:** Sunday, January 28, 2018 10:15 AM
**To:** Rojas, Cesar
**Cc:** Nowosielski, Izabela
**Subject:** Fwd: disruptive behavior ▮▮▮▮▮▮

Cesar

Can you help with Dr. Giurca.  He cannot include many people on an email and diagnosis one of our physicians with a personality disorder.
I would like Izabela you and myself to meet with him either tomorrow or later this week.
Thank you

Gerry

Sent from my iPhone

Begin forwarded message:

**From:** "Giurca, Dan" <dgiurca@ghvhs.org>
**Date:** January 28, 2018 at 9:33:30 AM EST
**To:** "Galarneau, Gerard MD" <ggalarneau@ghvhs.org>
**Cc:** "Oxley, James E." <JOxley@ghvhs.org>, "Nowosielski, Izabela" <inowosielski@ghvhs.org>, "Rojas, Cesar" <Crojas@ghvhs.org>, "Famby, Nancy" <nfamby@ghvhs.org>
**Subject: disruptive behavior /** ▮▮▮▮▮▮

I apologize for raising this issue again but I am forced to. Since our meeting in Nov, ▮▮▮▮▮▮ has manifested passive-aggressive tactics such as refusing to acknowledge my presence or say hello when passing each other in the hall. Last week I was asked to do the work of 2 people (covering CL + ER), and in a 5 minute break I went to the doctor's lounge to

CONFIDENTIAL

Message

| | |
|---|---|
| **From:** | uvieux@ghvhs.org [uvieux@ghvhs.org] |
| **Sent:** | 10/3/2018 8:55:22 PM |
| **To:** | hgodson@ghvhs.org |
| **CC:** | ggalarneau@ghvhs.org; inowosielski@ghvhs.org; Crojas@ghvhs.org |
| **Subject:** | Re: Complaint Closeout |

I am concerned about my safety in regards to Dr. Giurca. He has been sending me accusatory emails and has contacted my program coordinator and at least one of the psychiatry residents to my knowledge. He has created a hostile work environment and I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca.

I would like security to escort me to and from the hospital.

**Ulrick Vieux DO, MS**
Psychiatry Residency Program Director
Orange Regional Medical Center
Middletown, NY
Office Tel: 845-333-1763
Cell Phone: 845-741-4990

---

**From:** Godson, Holly
**Sent:** Wednesday, October 3, 2018 8:01 PM
**To:** Vieux, Ulrick
**Subject:** Complaint Closeout

Good evening Dr. Vieux,
Based on the email below from Dr. Galarneau to Dr. Giurca, Dr. Giurca's complaint has been closed.
If any issues arise in the future, please don't hesitate to reach out to Jamie and/or me. If you still need to meet, please let us know.
Thank you.
Best,
Holly

*Holly Godson, SHRM-CP*
**HR Business Partner**
**Greater Hudson Valley Health System**
**707 East Main Street**
**Middletown, NY 10940**
**P: 845.333.7187**
**F: 845.333.7206**
**hgodson@ghvhs.org**

ORMC_001106

Message

---

**From:**      lmoos@ghvhs.org [lmoos@ghvhs.org]
**Sent:**      10/5/2018 11:08:14 AM
**To:**        Admin@ghvhs.org; AdminSecretaries@ormc.org; jembler@ghvhs.org
**Subject:**   Lockdown of ORMC Admin and ORMC POB Admin Suites - DR DAN GIURCA
**Attachments:**  guirca dan.PNG


Please be advised that ORMC Admin and ORMC POB Admin Suites are currently on lockdown.  I have attached the photo of Dan Giurca, MD who was terminated yesterday afternoon.  Security is aware  and our officers are monitoring the situation for our safety and the safety of our patients.

Regards,

*Laura A. Moos*

Laura A. Moos
Manager, Administrative Services and
  Assistant to the President and CEO
  and Board of Directors
Orange Regional Medical Center
707 East Main Street
Middletown, NY  10940
845.333.2301 *Phone*
845.333.2802 *Fax*
845.649.0808 *Mobile*
Lmoos@ghvhs.org
*Member of the Greater Hudson Valley Health System*

What you do today can improve all your tomorrows - *Ralph Marston*

CONFIDENTIAL



CONFIDENTIAL                                                                                           ORMC_001105



# Giurca v. ORMC - Index Number EF000271-2020

7 messages

---

**Segno-Moroni, Danielle (White Plains)** <Danielle.Segno-Moroni@jacksonlewis.com>          Tue, Jun 15, 2021 at 3:16 PM
Reply-To: "Segno-Moroni Danielle (White Plains)" <Danielle.Segno-Moroni@jacksonlewis.com>
To: Michael Meth <michael@methlaw.com>

> Sender  :  Segno-Moroni, Danielle (White Plains)
> Link    :  https://securetransfer.jacksonlewis.com/bds/Login.do?id=A0581216980&p1=dej02h6sbgjcdchkjblejhfibk20
>
> Sent To :  christina@methlaw.com; Michael Meth
> Cc      :  arin.liebman@jacksonlewis.com; caterina.catalano@jacksonlewis.com; Segno-Moroni, Danielle (White Plains);
> Joseph Saccomano
> Expires :  7/16/21, 12:00:00 AM EDT
>
>
> PLEASE NOTE THAT BISCOM DELIVERIES/PACKAGES AND ALL ASSOCIATED FILES ARE FOR TEMPORARY
> ACCESS. YOU WILL HAVE ACCESS TO THEM FOR 30 DAYS ONLY, AFTER WHICH THE PACKAGE AND
> ASSOCIATED CONTENTS WILL BE REMOVED FROM THE SERVER. THANK YOU.
>
>
> Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only
> for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or
> the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is
> strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from
> your system. Thank you.

---

**Michael Meth** <michael@methlaw.com>          Tue, Jun 15, 2021 at 3:33 PM
Reply-To: michael@methlaw.com
To: "Segno-Moroni Danielle (White Plains)" <Danielle.Segno-Moroni@jacksonlewis.com>

> thank you.  I need the password.  It wont let me register.
> [Quoted text hidden]
> --
> Michael D. Meth, Esq.
> Meth Law Offices, PC
> 10 Moffatt Lane, Suite 2
> P.O. Box 560
> Chester, NY 10918
> (845) 469 - 9529 Office
> (845) 913 - 9565 fax
> (914) 262 - 1220 cell
> michael@methlaw.com
> http://www.methlaw.com

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or
other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the
message. If you believe that you are not an intended recipient of this message, please notify the sender at (845) 469 -
9529. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended
recipient is strictly prohibited and may be unlawful.

This email 'signature block' does not constitute a signed writing for purposes of a binding contract. The sender of this email is not
authorized, and has no intent, to make offers or contracts by email, unless the phrase 'I hereby so contract and sign' appears in the
text.

<span style="color:red">**FRAUD ALERT:**
Never wire transfer money to our accounts without calling this office and speaking with someone personally to confirm wire information. Even if an email looks like it has come from this office, or someone involved in your transfer, please call first to verify the information before initiating any wire transfer. You will never be instructed to wire money related to a closing without verbal confirmation. Do not accept emailed instructions from anyone without voice verification.</span>

---

**Segno-Moroni, Danielle (White Plains)** <Danielle.Segno-Moroni@jacksonlewis.com>      Tue, Jun 15, 2021 at 3:43 PM
To: "michael@methlaw.com" <michael@methlaw.com>

You will have to make your own password, the program requires it. Please see attached instructions

**Danielle Segno-Moroni**
Legal Secretary
**Jackson Lewis P.C.**
44 South Broadway
14th Floor
White Plains, NY 10601
Direct: (914) 872-8060 x5981 | Main: (914) 872-8060
Danielle.Segno-Moroni@Jacksonlewis.com | www.jacksonlewis.com

Visit our resource page for informa on and guidance on COVID-19's workplace implica ons

---

**From:** Michael Meth <michael@methlaw.com>
**Sent:** Tuesday, June 15, 2021 3:34 PM
**To:** Segno-Moroni, Danielle (White Plains) <Danielle.Segno-Moroni@Jacksonlewis.com>
**Subject:** Re: Giurca v. ORMC - Index Number EF000271-2020

<span style="background-color:red">**[EXTERNAL SENDER]**</span>

[Quoted text hidden]

---

 **Biscom Instructions_non JL User.pdf**
558K

---

**Michael Meth** <michael@methlaw.com>      Tue, Jun 15, 2021 at 4:49 PM
Reply-To: michael@methlaw.com
To: "Segno-Moroni, Danielle (White Plains)" <Danielle.Segno-Moroni@jacksonlewis.com>, Christina Holden <christina@methlaw.com>, Dan Giurca <dan_giurca@yahoo.com>

i tried. it says my email address isnt valid
[Quoted text hidden]

---

**Michael Meth** <michael@methlaw.com>      Tue, Jun 15, 2021 at 4:49 PM
Reply-To: michael@methlaw.com
To: Dan Giurca <dan_giurca@yahoo.com>

[Quoted text hidden]

---

000012

📄 **Biscom Instructions_non JL User.pdf**
558K

---

**Michael Meth** <michael@methlaw.com>                                Tue, Jun 15, 2021 at 4:49 PM
Reply-To: michael@methlaw.com
To: Christina Holden <christina@methlaw.com>, Dan Giurca <dan_giurca@yahoo.com>


---------- Forwarded message ---------
From: **Segno-Moroni, Danielle (White Plains)** <Danielle.Segno-Moroni@jacksonlewis.com>
[Quoted text hidden]
[Quoted text hidden]


[Quoted text hidden]

---

**Christina Holden** <christina@methlaw.com>                          Tue, Jun 15, 2021 at 5:02 PM
To: Michael Meth <michael@methlaw.com>
Cc: "Segno-Moroni, Danielle (White Plains)" <Danielle.Segno-Moroni@jacksonlewis.com>, Dan Giurca
<dan_giurca@yahoo.com>

We are able to access the documents, except there was no subfolder 4 in the zipfolder, was that accidentally not
included? Please let me know at your earliest convenience.

Thank you,
Christina
[Quoted text hidden]
--
Christina Holden
**Meth Law Offices, PC**
P.O. Box 560
10 Moffatt Lane, Suite 2
Chester, NY 10918
845.469.9529
845.913.9565 (fax)

The preceding e-mail message contains information that is confidential and may be protected by the attorney/client or
other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the
message. If you believe that you are not an intended recipient of this message, please notify the sender at (845) 469-
9529. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended
recipient is strictly prohibited and may be unlawful. FRAUD ALERT: Never wire transfer money to our accounts
without calling this office and speaking with someone personally to confirm wire information. Even if an email looks
like it has come from this office, or someone involved in your transfer, please call first to verify the information before
initiating any wire transfer. You will never be instructed to wire money related to a closing without verbal
confirmation. Do not accept emailed instructions from anyone without voice verification.

Rojas perjury / page : line #

48:8-10
Q. Did you ask the person at security if you could have a copy of the picture?
A. No.

Rojas provided ORMC with a photo of the Montefiore security alert and as per his Jan 29, 2011 email to Galarneau, Nowosielski, Famby, Dunlavey, and Baczewski "I don't know if you are aware of a flyer from Montefiore where he is prohibited to came to any Montefiore location. I tried to find the reason. I reached Rosemary Baczewski, we tried to get more info but still not having any. I really need to talk to you and Izabela. I think he is a negative influence in our department."

48:16-18
Q. So you don't have any idea why that was up there?
A. No.

Baczewski sent an email dated Jan 29, 2018 to Rojas, Galarneau, Oxley, Nowosielski, Famby, Dunlavey, Rodrigues stating "As we understand it, He was dismissed for threatening to call DOH to complain about the quality of patient care."

51:9-13
Q. And you don't have -- at the time, when you spoke to Dr. Giurca, you didn't know why his picture was posted in the security office; right?
A. No.

Baczewski sent an email dated Jan 29, 2018 to Rojas, Galarneau, Oxley, Nowosielski, Famby, Dunlavey, Rodrigues stating "As we understand it, He was dismissed for threatening to call DOH to complain about the quality of patient care."

52:21-23
Q. Did you tell this to Nancy before or after you spoke to Dr. Giurca?
A. After I talked to Dr. Giurca.

He emailed Nancy Fambi and others in Jan 2018.

55:11-22
Q. Do you know whether she did anything to follow up and try to find out more about the picture?
A. I don't know.
Q. Do you know whether Rosemary told anybody else at Orange Regional about the picture?
A. I don't know.

Q. So apart from the three conversations, one with Dr. Giurca, one with Nancy Fambi and one with Rosemary Baczewski, did you talk to anybody else at Orange Regional about that picture?
A. No.

Rojas sent a photo of the Montefiore security alert to Baczewski who emailed it on Jan 11, 2018 to Galarneau, Dunlavey, Oxley, Sturans, Rodrigues, Sugrue, and redacted recipients. She stated "Good evening, Per our various conversations today, Miguel contacted Montefiore's head of security to confirm the information in the picture Dr Rojas was sent- see attached. The information in the picture is accurate. The doctor wrote a letter threatening to expose the way the hospital treats their psych patients and working conditions. They didn't renew his 90 day contract and only let security know as a term employee. I hand off to practice leaders as there are many questions to be answered. Ty Dr Rojas for advising me and thanks to Miguel for following up with Montefiore."


55:23 – 56:2
Q. Did you ever hear others talking about the picture; scuttlebutt, overhearing conversations, anything along those lines?
A. No.

As per Galarneau email dated Jan 29, 2018 "Cesar We will be setting up a meeting tomorrow with HR to discuss. I will make sure you are included."


57:24 – 58:7
Q. Did you ever talk to Dr. Vieux about the picture you saw at Montefiore Wakefield of Dr. Giurca?
A. I don't remember. I don't remember.
Q. You don't remember having a conversation or any conversation along those lines with Dr. Vieux?
A. No, I don't remember. No.

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."


70:9-19
Q. Was it more than six months earlier?
A. I don't know.
Q. Did you have the conversation with Dr. Giurca about the picture on the day or the day after you actually saw it?
A. Days after.
Q. Okay. So shortly after?
A. Yes.
Q. It's not something you brought up months later?

2

A. No.

On or before Jan 11, 2018 Rojas sent a photo of the Montefiore security alert to Baczweski who then distributed it to many others.


72:19-21

Q. And did she ask you any questions about the picture?

A. No.

73:21-23

Q. Did she say to you that she was going to look into that matter?

A. I don't remember.

74:9-12

Q. Okay. Did you feel it important to tell any of the other physicians on the Orange Regional staff about seeing the picture?

A. No.

Rojas sent a photo of the Montefiore security alert to Baczewski who emailed it on Jan 11, 2018 to Galarneau, Dunlavey, Oxley, Sturans, Rodrigues, Sugrue, and redacted recipients. She stated "Good evening, Per our various conversations today, Miguel contacted Montefiore's head of security to confirm the information in the picture Dr Rojas was sent- see attached. The information in the picture is accurate. The doctor wrote a letter threatening to expose the way the hospital treats their psych patients and working conditions. They didn't renew his 90 day contract and only let security know as a term employee. I hand off to practice leaders as there are many questions to be answered. Ty Dr Rojas for advising me and thanks to Miguel for following up with Montefiore."

88:10-12

Q. And seeing that picture didn't diminish his standing in your eyes, did it?

A. No.

Rojas obtained a photo of the Montefiore security alert and as per his Jan 29, 2011 email to Galarneau, Nowosielski, Famby, Dunlavey, and Baczewski "I don't know if you are aware of a flyer from Montefiore where he is prohibited to came to any Montefiore location. I tried to find the reason. I reached Rosemary Baczewski, we tried to get more info but still not having any. I really need to talk to you and Izabela. I think he is a negative influence in our department."

3

Vieux perjury / page : line #

15:23 – 16:2
Q. As you sit here today, do you have any idea under what circumstances Dr. Giurca left Montefiore?
A. No, I do not.

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."


19:2-6
Q. Okay. Did you have any discussions with Dr. Giurca about the feedback you received from residents?
A. Did not have an opportunity to speak to him directly.

We had a meeting in his office circa Mar 2018 and Vieux also sent emails about alleged resident complaints.


19:13-15
Q. Do you know whether Dr. Giurca left voluntarily or involuntarily?
A. I do not know.

Vieux email dated Oct 5, 2018 states "Due to the nature of Dr Giurca's Termination from our system and the fact that I have been in this role for only a week. I do not feel comfortable filling out this form."


22:13-16
Q. As you sit here today, Dr. Vieux, do you even know if Dr. Giurca left voluntarily or involuntarily?
A. No.

Vieux email dated Oct 5, 2018 states "Due to the nature of Dr Giurca's Termination from our system and the fact that I have been in this role for only a week. I do not feel comfortable filling out this form."


23:1-4
Q. Did you ever discuss with Dr. Rojas a picture he had seen of Dr. Giurca in the security office of Montefiore?
A. No.

1

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."

23:7-10
Q. Is this the first you are hearing of a picture of Dr. Giurca being posted in the security office of Montefiore?
A. Yes.

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."

26:13-20
Q. What did those emails relate to?
A. He was upset at the meeting that we had on Tuesday.
Q. What did he indicate that he was upset about?
A. He was upset that he did not want to do the roles that Dr. Rojas had requested him to do.

28:23 – 29:3
Q. Did he say anything, either in the emails or the course of the meeting or in any other conversation to indicate why he was angry with you?
A. I'm not sure. I don't remember.

29:22 – 30:1
Q. Do you recall what in particular Dr. Giurca wrote that you found threatening?
A. There were accusations that were not based on reality.

30:19-21
Q. Do you know what, if anything, security did in response to these emails?
A. No.

The hospital was on lockdown on Oct 5, 2018 and emails were sent to all departments including psychiatry. It is not credible that Vieux did not know.

33:22 – 34:2
Q. Do you know whether Dr. Giurca's emails to you that you forwarded to security and the legal department had anything to do with Dr. Giurca leaving Orange Regional's employ?
A. I don't know.

Vieux email dated Oct 5, 2018 states "Due to the nature of Dr Giurca's Termination from our system and the fact that I have been in this role for only a week. I do not feel comfortable filling out this form."

2

38:5-9

Q. Do you recall whether any of those discussions with Mr. Dunlavey took place between the time that you became chair and the time that Dr. Giurca left Orange Regional?

A. I don't remember.

39:17-19

Q. Did Dr. Rojas express to you any concerns that he thought you should be aware of?

A. No.

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."

40:11-22

Q. Okay. Dr. Vieux, I'm showing you an email from Dr. Giurca to Dr. Rojas from September 27, 2018, and it says to the effect that "Yesterday you brought to my attention that you were at Montefiore Wakefield Hospital getting a moonlighting, and you noticed in the security office that my photo was on a wall with other people who were deemed a security risk." Did Dr. Rojas share that information with you?

MR. SACCOMANO: Objection.

A. No.

As per Vieux email dated Oct 3, 2018 "I was told that he has a past from his previous employment. I am including Dr. Rojas who is more informed about Dr. Giurca. I would like security to escort me to and from the hospital."

48:7-10

Q. Do you know if anyone else in the -- from Orange Regional had reason to contact Montefiore about Dr. Giurca in September of 2018?

A. No.

Baczewski directed Rodrigues to contact Montefiore security in Jan 2018.

49:3-5

Q. To this day, do you know why Dr. Giurca left Orange Regional?

A. No.

Vieux email dated Oct 5, 2018 states "Due to the nature of Dr Giurca's Termination from our system and the fact that I have been in this role for only a week. I do not feel comfortable filling out this form."

3

49:18-23
Q. Did you ever learn that Dr. Giurca was terminated without cause from Orange Regional.
MR. SACCOMANO: Objection; asked and answered. You can answer.
A. No.

Vieux email dated Oct 5, 2018 states "Due to the nature of Dr Giurca's Termination from our system and the fact that I have been in this role for only a week. I do not feel comfortable filling out this form."

4